**DISMISS; and Opinion Filed August 13, 2013.**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00470-CV

**CORNELL RIVERS, SR., Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01611-A**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

Before the Court is appellant's August 2, 2013 motion to voluntarily withdraw his appeal.

Appellant has informed the Court that he no longer wishes to pursue the appeal. Accordingly,

we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130470F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CORNELL RIVERS, SR., Appellant

No. 05-13-00470-CV        V.

BANK OF AMERICA, N.A., Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas.
Trial Court Cause No. CC-13-01611-A.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF AMERICA, N.A. recover its costs of this appeal from appellant CORNELL RIVERS, SR..

Judgment entered this 13th day of August, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

–2–